IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| ALAN HUMPHREY, | : | |
| --- | --- | --- |
| Plaintiff | : | |
| v. | : | 5:06-CV-419 (WDO) |
| | : | 5:06-CV-223 (WDO) |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

**ORDER**

This matter is before the Court on Plaintiff's motions to proceed *in forma pauperis* on appeal in the above referenced cases. As explained to Plaintiff on numerous occasions in several different cases, the appeal Plaintiffs seeks to pursue cannot be taken in good faith because it is completely frivolous and without merit. 28 U.S.C.A. § 1915(a)(3). Plaintiff's motions to proceed *in forma pauperis* on appeal are therefore denied. Plaintiff's requests for free transcripts are also denied for the reasons stated in the previous opinions.

**SO ORDERED this 27th day of February, 2007.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**